AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE Aug 21, 2008 |
| NAME OF SERVER (PRINT) Robert Buntel | TITLE Private Detective & Process Server 115-001133 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Holly Blankenship 3:30 pm
　801 Adai Stevenson Dr, Spfld, IL 62703

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 75.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　Aug 21, 2008　　Robert P Buntel
　　　　　　　　Date　　　　Signature of Server
　　　　　　　　　　　　　　115-001133

　　　　　　　　　　　　　　P.O. Box 11237
　　　　　　　　　　　　　　Address of Server
　　　　　　　　　　　　　　Spfld, IL 62791

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JIT Packaging, Inc., Individually and on
behalf of all others similarly situated,

CASE NUMBER:

V.

ASSIGNED JUDGE:

Google, Inc., a Delaware corporation.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Google, Inc.
c/o Illinois Corporation Service C, As Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Foote, Esq.
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street
Suite 2
Geneva, IL 60134

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

Aug 21 2008
DATE